HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
TINA AGUIRRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TINA AGUIRRE,<br><br>    Defendant. | Case No.  1:12-CR-00218 LJO-1<br><br>REQUEST AND ORDER FOR TEMPORARY RELEASE OF TINA AGUIRRE TO TRANQUILITY VILLAGE AND DECLATATIONS OF DAVID AGUIRRE AND MEGAN HOPKINS<br><br>Date:   10/20/14<br>Time:   8:30 a.m.<br>Judge:  Honorable Lawrence J. O'Neill |

**Mrs. Aguirre Respectfully Requests that the Court Permit her Temporary Release to Tranquility Village in order to Obtain an Assessment of Eligibility for the Tranquility Village Residential Substance Abuse Treatment Program**.

     Mrs. Aguirre intends to request that the Court impose an in-patient drug treatment program in lieu of custody at her sentencing hearing on October 20, 2014.  In order to ensure that she is eligible for and accepted to such a program, it is necessary for her to attend an intake interview at the Tranquility Village facility prior to the date of sentencing.  Tranquility Village personnel are available to meet with Mrs. Aguirre on Monday, October 13, 2014 and have reserved time to conduct her intake interview on that date. (See Declaration of Megan Hopkins). Mrs. Aguirre therefore requests that the court permit her Temporary Release for this limited purpose pursuant to 18 U.S.C. §3142(i). The government does not oppose this request.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Dated: October 1, 2014                /s/ *Megan T. Hopkins*
                                              MEGAN T. HOPKINS
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              TINA AGUIRRE

# O R D E R

The Court has met with and discussed this case with Probation Officer Megan Pescal.

**De**fendant TINA AGUIRRE, is granted temporary release on her own recognizance from pretrial custody at the Fresno County Jail on the following conditions:

1. Defendant, TINA AGUIRRE, shall be released from custody at the Fresno County Jail Monday morning, October 13, 2014, any time after 7:00 a.m., for the purpose of obtaining an assessment to determine her eligibility for acceptance into the Tranquility Village residential substance abuse treatment program. Upon completion of the assessment she shall self-surrender at the Fresno County Jail, at or before 9:00 p.m. on the same day, October 13, 2014.

2. Defendant's travel is restricted to travel directly to the Tranquility Village Offices, located at 559 Mendocino Court, Atwater, California, 95301, and return travel directly to the Fresno County Jail at the conclusion of the assessment.

3. Defendant shall be released to the third party custody of her husband, David Aguirre. She shall remain in the presence of David Aguirre at all times during her release from custody except for those times when the assessment is being conducted by Tranquility Village personnel and she is in the physical presence of Tranquility Village personnel. Mr. Aguirre agrees to be the third party custodian and to comply with these conditions. (See the attached declaration of Mr. Aguirre).

4. Defendant shall refrain from any use of alcohol or any use or possession of a narcotic drug or other controlled substance during his temporary release.

5. Defendant shall not possess a firearm, destructive device, or other dangerous weapon during her temporary release.

IT IS SO ORDERED.

   Dated:  **October 7, 2014**                **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE