FILED
OCT 20 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                            )<br>        Plaintiffs,                           )<br>                                                            )<br>vs.                                                     )<br>                                                            )<br>TINA LOUISE CASTILLO            )<br>(TN: TINA AGUIRRE                  )<br>                                                            )<br>        Defendant.                       )<br>_____) | No. 1:12cr00218-001 LJO<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on October 20, 2014, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released on Wednesday, October 22, 2014, 9:00am, to a representative of the Westcare Residential Drug Treatment Program. A certified Judgment and Commitment order to follow.

Dated: October 20, 2014                     _____
                                                             HONORABLE LAWRENCE J. O'NEILL
                                                             UNITED STATES DISTRICT JUDGE

1