HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
TINA AGUIRRE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>vs.  <br>TINA AGUIRRE,  <br>  Defendant. | Case No.  1:12-CR-00218 LJO  <br><br>STIPULATION TO MODIFY CONDITIONS OF RELEASE;  ORDER  <br><br>Judge:  Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that effective forthwith the conditions of supervised release shall be modified to allow Defendant to remain in the WestCare in-patient treatment program for an additional 90 days, to be followed by 90 days (originally ordered as 180 days) at TurningPoint, for the following reasons:

  1. Defendant is showing drastic improvement and success in the WestCare program, and feels that with an additional 90 days of in-patient treatment she will be able to develop better tools and further address her addiction and the anxiety which has caused relapses in the past.

  2. Defendant has the support of her case manager at WestCare and is encouraged by WestCare staff to remain in the program in order to further benefit from treatment.

  AUSA, Kathleen Servatius, and U.S. Probation Officer, Megan Pascual, have no objections to this request.

/ / /

                        Respectfully submitted,

                        BENJAMIN B. WAGNER
                        United States Attorney

DATED: January 15, 2015      By:    /s/ *Kathleen Servatius*
                                           KATHLEEN SERVATIUS
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff


                        HEATHER E. WILLIAMS
                        Federal Defender

DATED: January 15, 2015      By:    /s/ *Megan T. Hopkins*
                                           MEGAN T. HOPKINS
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           TINA AGUIRRE


                              **O R D E R**

IT IS SO ORDERED.

   Dated:  **January 15, 2015**               **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

Aguirre/Stipulation to Modify Conditions       -2-
of Supervised Release