# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**TINA LOUISE CASTILLO
(TN: TINA AGUIRRE)**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number:  **1:12CR00218-001 LJO**

Megan Hopkins
Defendant's Attorney

## THE DEFENDANT:

[✔]    admitted guilt to violation of charges 1 and 2  as alleged in the violation petition filed on 02/19/2016 .

[✔]    admitted guilt to violation of charge 1  as alleged in the violation petition filed on 03/21/2016 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 1 (Petition 02/19/2016) | FAILURE TO PARTICIPATE IN RRC AS DIRECTED | 02/09/2016 |
| Charge 2 (Petition 02/19/2016 | UNLAWFUL USE OF A CONTROLLED SUBSTANCE | 02/11/2016 |
| Charge 1 (Petition 03/21/2016) | FAILURE TO PARTICIPATE IN WESTCARE AS DIRECTED | 02/26/2016 |

The court:  [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on 10/20/2014

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X]    Charge 2 is dismissed in the violation petition filed on 03/21/2016.

[X ]    Appeal Rights GIVEN.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

May 23, 2016
Date of Imposition of Sentence

/s/ Lawrence J. O'Neill
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
Name & Title of Judicial Officer

May 27, 2016
Date

AO 245B-CAED (Rev. 09/2011) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:12CR00218-001 LJO | Judgment - Page 2 of 2 |
| DEFENDANT: | TINA LOUISE CASTILLO | |
| (TN: TINA AGUIRRE) | | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 3 years .

[X]     No TSR: Defendant shall cooperate in the collection of DNA.

[X]     The court makes the following recommendations to the Bureau of Prisons: 500 hour drug treatment program is FIRST priority. Location of Victorville, CA is second priority.

[X]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to  _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
Deputy U.S.  Marshal